IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NIKOLAY DARMANCHEV    :
     Plaintiff,    :   CIVIL ACTION
           :
   v.       :
           :
EILEEN HAGER, Administratrix of the :
Estate of SEMEN ROYTSHTEYN  :
     Defendant.  :   NO.  04-5749


## CIVIL JUDGMENT

Before the Honorable Lawrence F. Stengel

  **AND NOW**, this  5th day of April, 2006, in accordance with the Verdict Sheet,

  **IT IS ORDERED** that Judgment be and the same is hereby entered in favor of defendant.




       BY THE COURT

       ATTEST:


       /s/ Patricia A. Cardella
_____
       Patricia A. Cardella, Deputy Clerk to
       Judge Lawrence F. Stengel



Civ 1 (8/80)
civjud.frm